UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | | |
|---|---|---|
| TAMELA KISER, | ) | |
| | ) | |
|     *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No.:  5:23-CV-55 |
| | ) | |
| RACHEL GAGHAN, et al, | ) | |
| | ) | |
|     *Defendants* | ) | |

**CONSENT MOTION FOR PROTECTIVE ORDER**

Defendants Rachel Gaghan, Melody Eaton, and Linda Plitt-Donaldson, by counsel, pursuant to Rule 26(c), move for entry of a protective order and state as follows:

1. The parties anticipate the exchange and use of certain documents and other media in which the parties or other persons have a legitimate interest in keeping private and non-public, including personnel records.

2. A proposed Protective Order which has been approved by all counsel is attached hereto as **Exhibit A**.  It is the belief of the parties that this proposed order complies with the Local Rule 9 respecting the filing of documents under seal.

3. The entry of this Protective Order will facilitate the discovery process and allow counsel and third parties to produce documents and media without having to seek the aid and protection of the  Court in a piecemeal fashion.

WHEREFORE, Defendants respectfully request that this Court enter the attached Protective Order and afford the parties such other and further relief as this Court deems appropriate.

TimberlakeSmith
Staunton, VA
540.885.1517

                                        RACHEL GAGHAN,
                                        MELODY EATON,
                                        and
                                        LINDA PLITT-DONALDSON,

                                        By Counsel

By:    /s/   Rosalie Pemberton Fessier
        Rosalie Pemberton Fessier
        VSB # 39030
        Brittany E. Shipley
        VSB # 93767
        Attorneys for Defendants Gaghan, Eaton & Donaldson
        Timberlake**Smith**
        25 North Central Avenue
        P. O. Box 108
        Staunton, VA 24402-0108
        phone:  540/885-1517
        fax:       540/885-4537
        email:   rfessier@timberlakesmith.com
                     bshipley@timberlakesmith.com

CERTIFICATE OF SERVICE

      I hereby certify that on May 21, 2024, I have electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> John B. Flood, Esquire
> Lee E. Berlik, Esquire
> Berliklaw, LLC
> 1818 Library Street, Suite 500
> Reston VA   20190

> /s/   Rosalie Pemberton Fessier
> Rosalie Pemberton Fessier
> VSB # 39030
> Brittany E. Shipley
> VSB # 93767
> Attorneys for Defendants Gaghan, Eaton & Donaldson
> Timberlake**Smith**
> 25 North Central Avenue
> P. O. Box 108
> Staunton, VA 24402-0108
> phone:  540/885-1517
> fax:      540/885-4537
> email:  rfessier@timberlakesmith.com
>          bshipley@timberlakesmith.com

TimberlakeSmith
Staunton, VA
540.885.1517

w:\lib\tsdocs\31586\0006\00532250.docx